Official Form 17
(12/04)

# United States Bankruptcy Court

_Southern_ District Of _New York_

In re _William Charles Bace,_
          Debtor

Case No. _05-42446 (RDD)_

Chapter _7_

[Caption as in Form 16A, 16B, or 16D, as appropriate]

## NOTICE OF APPEAL

_William Charles Bace_, the plaintiff [or defendant or other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [or other proceeding, describe type] on the _11th_ day of _June_ _2008_ And 5/2/08
                                                                                                                                                                       (month)     (year)
_Re Homestead exemption._
The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

_Adrienne W. Blankley, Esq, Arent Fox LLP, 1675 Broadway NYNY 10019_

Dated: _6/19/08_

Signed: _Bill Bace_

~~Attorney for~~ Appellant (or Appellant, if not represented by an Attorney)

~~Attorney~~ Name: _William Charles Bace_

Address: _31 East 30th Street #A_
         _New York NY 10016_

Telephone No: _917-388-2278_

[Stamp: 2008 JUN 19 P 2:26 S.D.N.Y. U.S. BANKRUPTCY COURT FILED]

   If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

   _If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required._