UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In the Matter of
WILLIAM CHARLES BACE

                Debtor

CHAPTER 13

Case No.: 05-42446 (RDD)

------------------------------------------------------------x

### Appellant's Designation of Items To Be Included in the Record on Appeal and Statement of Issues Presented

    Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedures, William C. Bace, appellant herein, pro se, designates the following items to be included in the record on appeal with respect to the ~~Notice of Appeal~~ ORDER entered on June 11, 2008 with respect to the denial of Debtor's homestead exemption:

1. The Debtor/Appellant respectfully requests the entire docket and documents filed in this matter with the Bankruptcy Court to be included in the Record on Appeal in this matter to the United States District Court.

### Statement of Issues on Appeal

1. Did the trial court err in denying Debtor/Appellant's homestead exemption on remand from the United States District Court to the U.S. Bankruptcy Court?

Dated: New York City, NY
June 20, 2008

_____
William Charles Bace, Debtor/Appellant

1

## Certificate of Mailing

I hereby certify that on June 19, 2008 a copy of the foregoing Designation of Record and Statement of Issues on Appeal was mailed by first class mail, postage prepaid to Adrienne W. Blankley, Esq., Arent Fox LLP, 1675 Broadway, New York NY 10019.

*/s/ Bill Bace*
William Charles Bace, Debtor/Appellant